**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLERK'S MINUTES**

| CASE NO.: | 6:26-cr-158-GAP-NWH | DATE: | June 30, 2026 |
|---|---|---|---|
| **HONORABLE NATHAN W. HILL** | | **INTERPRETER:** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CHRISTOPHER ALEXANDER DELGAGO** | | **LANGUAGE:** | |
| | | **ASSISTANT U.S. ATTORNEY:**<br>Hannah Watson<br>Richard Varadan<br>Anita Cream | |
| | | **DEFENSE COUNSEL:**<br>Sean Shecter<br>Maurice Johnson | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Edward Jackson |
| **TIME** 9:30-10:07 | **TOTAL:** 37 mins | **PRETRIAL:** | |
| | | **COURTROOM:** | 4D |

**PROCEEDINGS: ARRAIGNMENT/PLEA HEARING/MOTION HEARING**

(✓)    Case called; appearances taken; procedural setting by the Court.

(✓)    The Defendant was sworn.

(✓)    The Court inquired of the Defendant regarding competency.

(✓)    The Defendant was advised of his rights and the rights waived by entering a guilty plea.

(✓)    The Defendant was advised of the right to be charged by Indictment.

(✓)    The Court accepted and signed the Waiver of Indictment in open Court.

(✓)    The Defendant was advised of the essential elements and penalties in the Information.

(✓)    The Court advised the Defendant of the sentencing guidelines.

(✓)    The Parties acknowledged their signatures on the plea agreement.

(✓)    The Court summarized the provisions of the plea agreement.

(✓)    The Defendant plead guilty to Count(s): One, Two and Three of the Information.

(✓)    The Court inquired of the Defendant as to the facts stated in the plea agreement.

(✓)    The Court inquired of the Defendant regarding the essential elements.

(✓)    The Court found the facts sufficient to allow the Defendant to plead guilty.

(✓)    Report and Recommendation entered.

(✓)    The Court addressed the motion at doc. no. 58.

(✓)    The motion was denied without prejudice. Order to be entered.