# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 6:26-cr-158-GAP-NWH**

**CHRISTOPHER ALEXANDER**
**DELGADO**

---

### CONSENT TO INSTITUTE A PRESENTENCE INVESTIGATION
### AND DISCLOSE THE REPORT BEFORE CONVICTION OR PLEA OF GUILTY

I, Christopher Alexander Delgado hereby consent to a presentence investigation by the probation officers of the United States District Courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge.

Dated: 6·24·26

Christopher Alexander Delgado

Dated: 6/24/2026

Counsel for Defendant