UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                  Case No.:  6:26-cr-00158-GAP-NWH

CHRISTOPHER ALEXANDER
DELGADO,

      Defendant,

_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11, Local Rule 1.02, and *In re: Utilization of Magistrate Judges,* Case No. 3:21-mc-1-TJC at docket no. 127 (Feb. 9, 2024), and has entered a plea of guilty to Count[s] ONE, TWO, AND THREE of the Information. After cautioning and examining the Defendant under oath regarding each subject mentioned in Rule 11, I determined that the Defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for the plea. I therefore recommend that the plea of guilty be accepted.

The Defendant remains on conditions of release pending sentencing.

Date:  June 30, 2026

_____
NATHAN W. HILL
UNITED STATE MAGISTRATE JUDGE

## NOTICE

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days after issuance of the Report and Recommendation containing the finding or conclusion.

Copies furnished to:

District Judge
Counsel of Record