UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

    v.                           Case No.:  6:26-cr-00158-GAP-NWH

CHRISTOPHER ALEXANDER
DELGADO,

      Defendant,

_____/

**ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 67), to which there has been no timely objection, the plea of guilty of the defendant to Counts One, Two and Three of the Information are now accepted and the defendant is adjudged guilty of such offenses. A sentencing hearing has been scheduled for **October 8, 2026**, under separate notice.

**DONE and ORDERED** at Orlando, Florida this July 15, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant