UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:26-cr-158-GAP-NWH

CHRISTOPHER ALEXANDER DELGADO

**GOVERNMENT'S STATUS REPORT ON VICTIM NOTIFICATION**

On July 7, 2026, the Court granted the United States' Renewed Motion for Alternative Victim Notification under 18 U.S.C. § 3771(d)(2). (Doc. 71). In its order, the Court directed the United States to provide a status update advising the Court (1) how many victims are currently identified, (2) the number of victims who have been identified and directly notified, (3) the number of victims who have been identified but not directly notified, and (4) the status of entering victim information into the Victim Notification System (VNS). *Id.* at 5. The United States provides the following status update:

1. To date, the United States has identified 1,230 victims located in the United States, each of whom has either an identified email address, a mailing address, or both.

2. Each of the 1,230 domestic victims has been entered into VNS as of August 7, 2026.

3. On August 7, 2026, email notifications containing victims' rights and case information were sent via VNS to all 967 domestic victims for whom the United States currently has an email address.

4. On August 10, 2026, physical letters containing victims' rights and case information were sent via VNS to all 1,139 domestic victims for whom the United States currently has a mailing address.

5. In addition to the 1,230 domestic victims, the United States has identified 279 foreign victims. The United States cannot directly contact foreign victims without authorization from their respective countries, so it has not yet contacted these victims via VNS.

6. To date, the United States has received authorization to contact victims located in Australia, Brazil, Canada, Panama, and Spain and is currently adding these victims to VNS. The United States has not yet received authorization to contact victims located in Cambodia, Denmark, Germany, the United Arab Emirates, or the United Kingdom.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *<u>/s/ Richard Varadan</u>*
Richard Varadan
Assistant United States Attorney
Florida Bar No.: 1025743
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Richard.Varadan@usdoj.gov